Contact: Jeremy McIntire
Alabama State Bar
415 Dexter Avenue
Montgomery, AL 36104
Telephone: 334-269-1515
Fax: 334-261-6311



# Press Release

Mobile attorney **Sonya Alexandrial Ogletree-Bailey** was disbarred from the practice of law in the State of Alabama by Order of the Supreme Court of Alabama, effective November 16, 2017. The Supreme Court entered its order based upon the November 2, 2017 Order of Panel I of the Disciplinary Board of the Alabama State Bar. Ogletree was found guilty of violating Rules 1.3, 1.4, 1.15(a), (e), and (n), 1.16(d), 3.4(c), 8.1(b), and 8.4(d) and (g), Ala. R. Prof. C. In addition, Ogletree-Bailey failed to comply with a prior order of the Disciplinary Board of the Alabama State Bar.

DISCIPLINARY BOARD
ALABAMA STATE BAR