FILED

JAN 11 2018

ALABAMA STATE BAR
OFFICE OF GENERAL COUNSEL

BEFORE THE DISCIPLINARY COMMISSION

OF THE

ALABAMA STATE BAR

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| STEVEN LAMAR TERRY, ) | RULE 20(a), Pet. No. 2018-59 |
| ) | |
| AN ATTORNEY AT LAW ) | |
| ) | |
| IN THE STATE OF ALABAMA ) | |

### RESTRAINING ORDER

The Office of General Counsel of the Alabama State Bar having filed a Petition for Summary Suspension pursuant to Rule 20(a)(2)(i) and 8(e), Ala. R. Disc. P., and the Disciplinary Commission having considered same:

It clearly appears from the specific facts shown by the petition, affidavit and exhibits, of the Alabama State Bar, Steven Lamar Terry, repeatedly failed or refused to respond to requests for information concerning a disciplinary matter. As such it is hereby ORDERED that Steven Lamar Terry, is hereby summarily suspended from the practice of law pursuant to the provisions of Rule 20(a)(2)(i) and 8(e), Ala. R. Disc. P., as promulgated by the Supreme Court of Alabama, and it is further

ORDERED that Steven Lamar Terry, is hereby restricted from maintaining an attorney trust account at any financial institution, this order being subject to the dissolution and amendment provisions of Rule 20(d), Ala. R. Disc. P. Finally, it is

ORDERED that Steven Lamar Terry, is taxed all costs of these proceedings, including publication costs and an administrative fee of $1,000.00 pursuant to Rule 33, Ala. R. Disc. P.

DONE, this the 11th day of January, 2018.

Monet McCovey Gaines, Chair
Disciplinary Commission
Alabama State Bar
Post Office Box 671
Montgomery, AL 36101

## CERTIFICATE OF SERVICE

I hereby certify that I did serve a copy of the foregoing upon the respondent attorney, by United States first class mail, postage prepaid, certified mail and email to his address of record with the Alabama State Bar Membership Department as follows:

Steven Lamar Terry
Attorney at Law
2364 Columbus Avenue
Mobile, AL 36605-2803

by email to:

sltlawfirm@gmail.com

and by hand delivery on:

Mark B. Moody
Assistant General Counsel
415 Dexter Avenue
Montgomery, AL 36104

on this the 11th day of January, 2018.

Monet McCovey Gaines, Chair