

# SUPREME COURT OF ALABAMA

JULIA JORDAN WELLER
  CLERK

TERESA H. ALLEN
  ASSISTANT CLERK

LARRY ISRAEL
  CHIEF FINANCIAL OFFICER

OFFICE OF THE CLERK
300 DEXTER AVENUE
MONTGOMERY, AL 36104-3741
(334) 229-0700

February 21, 2018

Mr. J. Douglas McElvy
Office of General Counsel
Alabama State Bar
415 Dexter Avenue
Montgomery, AL  36104

FILED
FEB 21 2018
CLERK
SUPREME COURT OF ALABAMA

Dear Mr. McElvy:

RE:  Steven Lamar Terry
     Rule 20(a), Petition No. 2018-59

   A notation has been entered on the Supreme Court Roll of Attorneys of those licensed to practice law in the state of Alabama that Steven Lamar Terry was reinstated to the active practice of law effective January 29, 2018.

                            Sincerely,

                            Julia Jordan Weller
                            Clerk

JJW/re