BEFORE THE DISCIPLINARY BOARD

OF THE ALABAMA STATE BAR

FILED

JUL 25 2018

ALABAMA STATE BAR
DISCIPLINARY CLERK

IN THE MATTER OF )
)
MICHAEL STEPHEN McGLOTHREN ) RULE 27(c), Pet. 2018-839
)
AN ATTORNEY AT LAW )
)
IN THE STATE OF ALABAMA )

### ORDER TRANSFERRING TO INACTIVE STATUS

This matter having come before Panel I of the Disciplinary Board of the Alabama State Bar upon the petition of the Alabama State Bar to have the respondent attorney transferred to Inactive Status and the Disciplinary Hearing Officer of said panel having considered the same is of the opinion that said petition is due to be and is, hereby, granted. It is, therefore, ordered that pursuant to Rule 27(c) of the Alabama Rules of Disciplinary Procedure, Michael Stephen McGlothren is hereby transferred to Disability Inactive Status effective immediately.

This, the 25 day of July, 2018.

S. Greg Burge
Disciplinary Hearing Officer, Panel I
Alabama State Bar
Post Office Box 671
Montgomery, AL 36101
(334) 269-1515

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Michael Stephen McGlothren, 17157 Bankhead Blvd, Fairhope, AL 36532, and Mark B. Moody, Assistant General Counsel, Post Office Box 671, Montgomery, AL 36101, by United States mail, postage prepaid, on this, the 25 day of July, 2018.

S. Greg Burge
Disciplinary Hearing Officer, Panel I

**Bonnie Mainor**

| | |
|---|---|
| **From:** | postmaster@NETORGFT3899275.onmicrosoft.com |
| **To:** | msm@mcglothrenlaw.com |
| **Sent:** | Wednesday, July 25, 2018 11:40 AM |
| **Subject:** | Delivered: McGlothren - Transferred to Inactive.pdf |

**Your message has been delivered to the following recipients:**

msm@mcglothrenlaw.com

Subject: McGlothren - Transferred to Inactive.pdf

1

**Bonnie Mainor**

| | |
|---|---|
| **From:** | Michael McGlothren <msm@mcglothrenlaw.com> |
| **To:** | Bonnie Mainor |
| **Sent:** | Wednesday, July 25, 2018 1:38 PM |
| **Subject:** | Read: McGlothren - Transferred to Inactive.pdf |

Your message

>   To:
>   Subject: McGlothren - Transferred to Inactive.pdf
>   Sent: Wednesday, July 25, 2018 1:37:43 PM (UTC-06:00) Central Time (US & Canada)

was read on Wednesday, July 25, 2018 1:37:33 PM (UTC-06:00) Central Time (US & Canada).